IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALLSTATE LIFE INSURANCE COMPANY, SUCCESSOR IN INTEREST TO GLENBROOK LIFE AND ANNUITY COMPANY** § § § § § | | **PLAINTIFF** |
| v. | § § | CIVIL ACTION NO. 1:05CV164-LG-JMR |
| **THE ESTATE OF CHARLES THOMAS REED, ET AL.** | § § | **DEFENDANTS** |

## FINAL JUDGMENT

This action came on for trial on November 19, 2007, before the Court without a jury, Honorable Louis Guirola, Jr., United States District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Estate of Charles Thomas Reed is entitled to the proceeds of the annuity that are currently held in the Court registry.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Estate of Charles Thomas Reed is entitled to a judgment in the amount of $10,866.90, which represents the undisputed value of Reed's coin collection, against Ralph and Suzuko Marshall.

**SO ORDERED AND ADJUDGED** this the 28th day of December, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE